[Cite as *Card v. S. Ohio Correctional Facility*, 2010-Ohio-1410.]

# Court of Claims of Ohio

The Ohio Judicial Center
65 South Front Street, Third Floor
Columbus, OH 43215
614.387.9800 or 1.800.824.8263
www.cco.state.oh.us

TYRONE CARD

     Plaintiff

     v.

SOUTHERN OHIO CORRECTIONAL FACILITY

     Defendant
     Case No. 2008-11613

Judge Joseph T. Clark
Magistrate Matthew C. Rambo

JUDGMENT ENTRY

{¶ 1} On February 1, 2010, the magistrate issued a decision recommending judgment for defendant.

{¶ 2} Civ.R. 53(D)(3)(b)(i) states, in part: "A party may file written objections to a magistrate's decision within fourteen days of the filing of the decision, whether or not the court has adopted the decision during that fourteen-day period as permitted by Civ.R. 53(D)(4)(e)(i)."

{¶ 3} On February 11, 2010, plaintiff filed a response to the magistrate's decision wherein he relates that he was "disoriented" from medication at the time of trial and was hospitalized several days later; however, plaintiff does not assert any specific objections to the magistrate's decision.

{¶ 4} The court determines that there is no error of law or other defect evident on the face of the magistrate's decision. Therefore, the court adopts the magistrate's decision and recommendation as its own, including findings of fact and conclusions of law contained therein. Judgment is rendered in favor of defendant. Court costs are assessed against plaintiff. The clerk shall serve upon all parties notice of this judgment and its date of entry upon the journal.

_____
JOSEPH T. CLARK
Judge

cc:

Jennifer A. Adair
Assistant Attorney General
150 East Gay Street, 18th Floor
Columbus, Ohio 43215-3130

Tyrone Card, #510-865
787 Lucasville-Minford Road
Lucasville, Ohio 45648

RCV/cmd
Filed March 8, 2010
To S.C. reporter March 30, 2010